IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| IN RE APPLICATION OF P.W RENTALS LTD., 1251237 ALBERTA LTD., 1218172 ALBERTA LTD. SILVER SKY RENTALS LTD., SHILO WILD, AND PERRY WILD FOR AN ORDER TO TAKE DISCOVERY PURSUANT TO 28 U.S.C. § 1782 | Case No. 24-MC-91609 |

## PETITION FOR DISCOVERY IN AID OF A FOREIGN PROCEEDING PURSUANT TO 28 U.S.C § 1782

Petitioners P.W. Rentals Ltd. ("PW Rentals"), 1251237 Alberta Ltd., 1218172 Alberta Ltd., Silver Sky Rentals Ltd., Shilo Wild, and Perry Wild (collectively, "Petitioners"), by and through their counsel, hereby apply for an Order under 28 U.S.C § 1782 ("Section 1782") granting them leave to issue a subpoena to Auction Mobility LLC for the production of documents that would assist Petitioners in a foreign legal proceeding pending before the Court of King's Bench in Alberta, Canada. A copy of the proposed subpoena (the "Subpoena") is attached hereto as **Exhibit A**. As grounds therefore, and as set out more fully in the accompanying Memorandum of Law (the "Memorandum") and Declaration of Paul Greep (the "Greep Declaration"), Petitioners state:

1. 28 U.S.C § 1782 provides for discovery in the United States to assist tribunals and interested persons in proceedings before foreign or international tribunals. In relevant part, Section 1782(a) states:

> The district court of the district in which a person resides or is found may order him to give his testimony or statement or to produce a document or other thing for use in a proceeding in a foreign or international tribunal, including criminal investigations conducted before formal accusation. The order may be made… upon application of any interested person and may direct that the testimony or statement be given, or the document or other thing be produced, before a person appointed by the court.

2. The requirements of 28 U.S.C § 1782 are satisfied in this case. As further explained in the Memorandum, 1) Auction Mobility LLC resides or can be found in this district;

2) the discovery is "for use in" a proceeding before a foreign court, namely a civil action pending before the Court of King's Bench in Edmonton, Canada; and 3) the Petitioners, as litigants, are "interested persons" in that proceeding. *See* Memorandum at 3-4.

3. The discretionary factors a court may consider in evaluating a 28 U.S.C § 1782 petition also weigh in favor of granting the Petition. *Id.* at 4-5; *see Intel Corp. v. Advanced Micro Devices, Inc.*, 542 U.S. 241, 264-65 (2004).

4. Petitioners P.W. Rentals, 1251237 Alberta Ltd., 1218172 Alberta Ltd., and Silver Sky Rentals Ltd. (collectively the "Corporate Petitioners"), are entities incorporated in the province of Alberta, Canada. *See* Statement of Claim attached as Exhibit A to the Greep Decl. ("Statement of Claim") ¶ 1. At all material times they engaged in the business of renting equipment to various oilfield companies throughout northern British Columbia, Alberta, and Saskatchewan. *Id.* Petitioners Perry Wild and Shilo Wild (the "Individual Petitioners") are shareholders of the Corporate Petitioners. *Id.*

5. On June 11, 2021, PW Rentals entered a contract with Weaver Bros Auctions Ltd., DBA Weaver Bros Auction Service ("Weaver"), an auction company registered to do business in Alberta, that required Weaver to hold an auction to sell all or substantially all the Corporate Petitioners' assets. *Id.* at ¶¶ 4, 7, 10. The individual Petitioners and a representative from each Corporate Petitioner signed the contract. *Id.* at ¶ 10.

6. Weaver held an auction of the Corporate Petitioners' assets beginning on September 24, 2021, with bids closing in a staggered fashion beginning September 28 and ending September 30, 2021 (the "Auction"). *Id.* at ¶ 18.

7. Auction Mobility LLC ("Auction Mobility") is a limited liability company that is registered to do business in Massachusetts and that is, or during the relevant time period was, based in this district with senior employees present here. Greep Decl. ¶¶ 4-5. Auction Mobility provides

software for the administration of online auctions, including "bidding platforms," through which users can bid on auctioned items on a computer or smartphone. *Id.* ¶ 4. Weaver utilized Auction Mobility's auction platform to collect bids during the Auction. *Id.*

8. Severe technical difficulties prevented effective operation of the Auction. Statement of Claim ¶ 19. As lots neared their close, potential Auction bidders were precluded from bidding on items. *Id.* Other bidders communicated to Petitioners that they were unable to access the online platform to make bids throughout September 27-29. *Id.* Weaver did not stop the Auction despite these technical difficulties. *Id.* at ¶ 20.

9. Given its role in the Auction process, Auction Mobility likely has within its possession, custody, or control documents and information relevant to Petitioners' case in Canada. Accordingly, for the reasons set forth above, in the Memorandum, and in the Greep Declaration, Petitioners respectfully move the Court for an order granting the Petition and authorizing the issuance of a subpoena in the form attached hereto as **Exhibit A**.

> P.W. RENTALS LTD., 1251237 ALBERTA LTD., 1218172 ALBERTA LTD., SILVER SKY RENTALS LTD., SHILO WILD, AND PERRY WILD
>
> By their attorneys,
>
> */s/ Stephen K. Garvey*
> Heather V. Baer (BBO #566746)
> Michele E. Connolly (BBO #680946)
> Stephen K. Garvey (BBO #707205)
> FITCH LAW PARTNERS, LLP
> 84 State Street, 11th Floor
> Boston, MA 02109
> (617)542-5542
> *heb@fitchlp.com*
> *mec@fitchlp.com*
> *skg@fitchlp.com*

Dated: November 25, 2024