# EXHIBIT A

# AFFIDAVIT OF SERVICE

| Case: 24-MC-91609 | Court: UNITED STATES DISTRICT COURT for the DISTRICT OF MASSACHUSETTS | County: Suffolk, MA | Job: 12293892 |
|---|---|---|---|
| **Plaintiff / Petitioner:** P.W. Rentals LTD., 1251237 Alberta LTD., 1218172 Alberta LTD. Silver Sky Rentals LTD., Shilo Wild, and Perry Wild | | **Defendant / Respondent:** Auction Mobility LLC | |
| **Received by:** New England Constables | | **For:** Fitch Law Partners LLP | |
| **To be served upon:** Auction Mobility LLC | | | |

I, Gavin Castagna, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the Commonwealth of Massachusetts where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein

**Recipient Name / Address:** Auction Mobility LLC, Auction Mobility LLC, Corporation Service Company: 84 State Street, Boston, MA 02109
**Manner of Service:** Personal/Individual, Dec 6, 2024, 2:00 pm EST
**Documents:** Letter from Attorney, Civil Cover Sheet, Petition for Discovery in Aid of a Foreign Proceeding, ExhibitA, Schedule A, Memorandum of Law in Support of Petition for an Order to Take Discovery, Declaration of Paul Greep in Support of Petition for an Order to Take Discovery, Exhibit 1, District Judge Leo T. Sorokin - Electronic Order entered 12/4/24.

**Additional Comments:**
1) Successful Attempt: Dec 6, 2024, 2:00 pm EST at Auction Mobility LLC, Corporation Service Company: 84 State Street, Boston, MA 02109 received by Auction Mobility LLC.
2) Service was made, In-Hand, to Jim Divincenzo, at place of Business.

_Gavin Castagna_  12/06/2024

Gavin Castagna                                    Date
Constable, Process Server, Disinterested Person

DiGiorgio & Associates
Constable Service LLC
7 Lincoln Street, 306A
Wakefield, MA 01880
617-233-4530

